**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Natalie C. Boggi                        CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 23-11916 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of MUTUAL OF OMAHA MORTGAGE, INC. and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Mark A. Cronin*
                                         Mark Cronin
                                         10 Jul 2023, 12:56:51, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322