United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                     Case No. 23-11916-mdc

Natalie C. Boggi                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 25, 2023 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie C. Boggi, 121 Westbrook Rd., Feasterville Trevose, PA 19053-2245 |
| 14797704 | + | MUTUAL OF OMAHA MORTGAGE, INC., c/o MARK A. CRONIN, KML Law Group, P.C.,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14794696 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2023 01:13:00 | Comenity - Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 14797488 | ^ | MEBN | Sep 25 2023 23:29:50 | MUTUAL OF OMAHA MORTGAGE, INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14794698 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2023 01:13:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14794697 | | mortgage is solely in name of husband |
| 14794699 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 25, 2023 | Form ID: pdf900 | Total Noticed: 7

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| JON M. ADELSTEIN | on behalf of Debtor Natalie C. Boggi jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| MARK A. CRONIN | on behalf of Creditor MUTUAL OF OMAHA MORTGAGE  INC. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

NATALIE BOGGI

              Debtor(s)

Chapter 7

Case No. 23-11916-MDC

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

     AND NOW, this  25th  day of  September  20 23, upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, JON M.

ADELSTEIN, Esquire:

     IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a

Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to December 24, 2023.

     IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States

Trustee or any creditor to object to exemptions is hereby extended to December 24, 2023.


/s/ JON M. ADELSTEIN

JON M. ADELSTEIN, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee


IT IS HEREBY ORDERED

_____

Honorable MAGDELINE D. COLEMAN
United States Bankruptcy Judge