Certificate Number: 02921-PAE-DE-037877490

Bankruptcy Case Number: 23-11916



02921-PAE-DE-037877490

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2023, at 1:39 o'clock PM CDT, Natalie Boggi completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 24, 2023

By: /s/Tywon Graves

Name: Tywon Graves

Title: Counselor