United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 23-11916-mdc
Natalie C. Boggi                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                    Page 1 of 2
Date Rcvd: Nov 02, 2023                     Form ID: 139                                   Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Natalie C. Boggi, 121 Westbrook Rd., Feasterville Trevose, PA 19053-2245 |
| 14797704 | + | MUTUAL OF OMAHA MORTGAGE, INC., c/o MARK A. CRONIN, KML Law Group, P.C,, 701 Market Street, Ste 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2023 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 03 2023 04:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2023 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14794696 | | EDI: WFNNB.COM | Nov 03 2023 04:07:00 | Comenity - Boscov's, PO Box 659622, San Antonio, TX 78265-9622 |
| 14797488 | ^ | MEBN | Nov 03 2023 00:22:25 | MUTUAL OF OMAHA MORTGAGE, INC., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14794698 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 03 2023 00:06:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14794697 | | mortgage is solely in name of husband |
| 14794699 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 02, 2023 | Form ID: 139 | Total Noticed: 7

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2023            Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| JON M. ADELSTEIN | on behalf of Debtor Natalie C. Boggi jadelstein@adelsteinkaliner.com  jsbamford@adelsteinkaliner.com |
| MARK A. CRONIN | on behalf of Creditor MUTUAL OF OMAHA MORTGAGE  INC. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:  Natalie C. Boggi
121 Westbrook Rd.
Feasterville Trevose, PA 19053

Debtor(s)                                                                                               Case No: 23−11916−mdc

                                                                                                        Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−4617

_____

***NOTICE OF NEED TO FILE PROOF OF CLAIM***
***DUE TO RECOVERY OF ASSETS***

   ***NOTICE IS GIVEN THAT:***

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/5/24

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

   There is no fee for filing the proof of claim.
   ***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

                                                                For The Court

                                                                Timothy B. McGrath
                                                                Clerk of Court

**Date:** 11/2/23

                                                                                        22
                                                                                        Form 139