IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| NATALIE C. BOGGI | : | BANKRUPTCY NO. 23-11916(MDC) |
| | : | |
| Debtor | : | |
| | : | |

**STIPULATION BETWEEN CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, AND DEBTOR EXTENDING TIME FOR THE
<u>TRUSTEE TO OBJECT TO THE DEBTOR'S EXEMPTIONS</u>**

Christine C. Shubert, Chapter 7 Trustee (the "<u>Trustee</u>"), and Natalie C. Boggi (the "<u>Debtor</u>") hereby stipulate that the deadline for the Trustee to Object to the Debtor's exemptions is extended from December 27, 2023 to and including January 27, 2024.

| | |
|---|---|
| **KARALIS PC** | **ADELSTEIN & KALINER, LLC** |
| By:   /s/ Robert W. Seitzer | By:   /s/ Jon M. Adelstein |
|      ROBERT W. SEITZER |      JON M. ADELSTEIN |
| *Attorneys for the Trustee* | *Attorneys for the Debtor* |
| Date: December 8, 2023 | Date: December 8, 2023 |

**ORDERED** and **APPROVED**

on the _____ of _____, 2023

_____
Magdeline D. Coleman,
Chief United States Bankruptcy Judge