IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| NATALIE C. BOGGI | : | BANKRUPTCY NO. 23-11916(MDC) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and the Debtor Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "<u>Motion</u>")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement.

BY THE COURT:

Dated: 1 / 10 / 2024

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
CHIEF U.S. BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.