**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **NATALIE C. BOGGI** : | **BANKRUPTCY NO. 23-11916(MDC)** |
| : | |
| **Debtor** : | |

## ORDER

AND NOW, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period November 2, 2023 through January 31, 2024 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed the sum of $3,115.00 as reasonable compensation for the services rendered and $20.43 for reimbursement of expenses for a total of $3,135.43.

3. The amount awarded herein is hereby made final.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: March 22, 2024