United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11916-amc |
| Natalie C. Boggi | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Natalie C. Boggi, 121 Westbrook Rd., Feasterville Trevose, PA 19053-2245 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MUTUAL OF OMAHA MORTGAGE INC. bkgroup@kmllawgroup.com |
| JON M. ADELSTEIN | on behalf of Debtor Natalie C. Boggi jadelstein@adelsteinkaliner.com jsbamford@adelsteinkaliner.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

NATALIE BOGGI

Chapter 7

Bankruptcy No. 23-11916-AMC

Debtor

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this  16th  day of  May   20 24 , upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge